UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFF NELSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:06-CV-2302-G |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice, | ) | **ECF** |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On March 2, 2007, Magistrate Judge William F. Sanderson, Jr. recommended

this case be dismissed because the petitioner, Jeff Nelson ("the petitioner" or

"Nelson"), failed to pay his $5.00 filing fee in accordance with Judge Sanderson's

order dated January 10, 2007.  *See* Findings, Conclusions and Recommendation of

the United States Magistrate Judge (Docket Entry #9).  On March 13, 2007, Nelson

filed a letter stating that he does not know how to withdraw the money from his

prison account to pay the filing fee. *See* Docket Entry # 10.  Judge Sanderson

responded to Nelson's letter on March 23, 2007 and extended the deadline for

Nelson to pay the filing fee until April 23, 2007. *See* Docket Entry # 11. On

April 13, 2007, the court received a letter from the petitioner stating that he had

mailed the filing fee. *See* Docket Entry # 15. As of the date of this order, the clerk's

office has not received the filing fee that Nelson alleges he mailed. In accordance

with the findings, conclusions and recommendation of Judge Sanderson, the

petitioner's motion to proceed *in forma pauperis* is **DENIED**, and this action is

**DISMISSED** without prejudice for Nelson's failure to pay the required $5.00 filing

fee.

       **SO ORDERED**.

April 24, 2007.

                              _____
                              A. JOE FISH
                              CHIEF JUDGE